IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONDA TAYLOR and TONYA ANDERSON<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., individually and d/b/a UPS | CIVIL ACTION<br><br>No. 2:22-cv-03676 |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, Rhonda Taylor and Tonya Anderson and Defendant United Parcel Service, Inc. ("Defendant"), by and through their undersigned counsel, that Plaintiffs' Civil Complaint is hereby dismissed without prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall be solely responsible for their own court costs, attorney fees and litigation expenses.

| | |
|---|---|
| **THE ROTHENBERG LAW FIRM LLP** | **DLA PIPER LLP (US)** |
| BY: _[signature]_<br>DANIEL BREEN<br>Rothenberg Center<br>1420 Walnut Street, 2nd Floor<br>Philadelphia, PA 19102<br>Attorneys for Plaintiffs | BY: _[signature]_<br>GARRETT D. KENNEDY<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103-7300<br>Attorneys for Defendant |
| DATED: 9/15/2023 | DATED: 9/14/2023 |